9767.　Levens *v.* Arp, guardian.

Luke, J.　Under the Civil Code (1910), § 5385 (see *Hindman* v. *Raper*, 140 *Ga.* 775, 79 S. E. 945), the owner of leased premises cannot recover double rent from a tenant holding over, unless demand is made for the surrender of the leased premises and possession is not delivered by the tenant after such demand. Accordingly, it was error for the court to charge the jury that the plaintiff was entitled to recover double rent for a year prior to the demand and the refusal to deliver possession of the property so rented. There is no other error of law complained of which would require a new trial. The court erred in overruling the motion for a new trial.

*Judgment reversed. Wade, C. J., and Jenkins, J., concur.*
DECIDED JANUARY 14, 1919.

Complaint; from Heard superior court—Judge Terrell. February 13, 1918.

*S. Holderness, Hatchett & Hatchett,* for plaintiff in error.
*A. B. Taylor, Griffith & Matthews,* contra.